UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| UnitedHealth Group, Inc., and<br>United HealthCare Services, Inc.,<br><br>      Plaintiffs,<br><br>v.<br><br>Lore Health LLC, Lore Health ACO, LLC,<br>Sequelae, Inc., Sequelae LLC, and John<br>Does 1-10,<br><br>      Defendants. | File No. 23-cv-3906 (ECT/DLM)<br><br>**ORDER OF DISMISSAL** |

---

Based on the Joint Stipulation of Dismissal with Prejudice filed by the parties, ECF No. 50, **IT IS ORDERED** that the action is **DISMISSED** with prejudice, with each party to bear its own attorneys' fees, costs of court, and other expenses arising from or related to this litigation.

Dated: May 21, 2024

                                                s/ Eric C. Tostrud
                                                Eric C. Tostrud
                                                United States District Court